UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                               Case No. 03-CR-80881-DT

KELVIN DEROY RILEY,

       Defendant.

_____/

## ORDER FOR RESPONSE

On November 1, 2011, Defendant Kelvin Riley filed a "Motion for Reduction of Sentence".

Government's response is to be filed by **February 3, 2012.** Defendant's reply, if any is to be filed by **February 24, 2012.**

                                        S/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: January 5, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 5, 2012, by electronic and/or ordinary mail.

                                        S/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522